## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| AVERY LADD, individually and on behalf of all others similarly situated, | **Case No. 1:22-cv-00330-RJJ-PJG**<br>FLSA Collective Action |
| v. | Judge Robert J. Jonker |
| WHIRLPOOL CORPORATION | Magistrate Judge Phillip J. Green |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF CONSENT

Plaintiff withdraws the following consents to join this action, without prejudice:

1.    Micayl Rodgers

Respectfully submitted,

*/s/ Matthew S. Parmet*

By: _____

**Matthew S. Parmet**
TX Bar # 24069719
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone  713 999 5228
matt@parmet.law

**Michael N. Hanna**
MI Bar # P81462
**MORGAN & MORGAN, P.A.**
2000 Town Center, Suite 1900
Southfield, MI 48075
Phone (313) 251-1399
mhanna@forthepeople.com

**Attorneys for Plaintiff**