# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| AVERY LADD, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 1:22-cv-00330-RJJ-PJG |

## JOINT NOTICE OF SETTLEMENT

The parties jointly notify the Court that they have reached a preliminary agreement to resolve this matter. The parties are working to finalize their agreement and anticipate submitting closing documents shortly. The parties respectfully request that all deadlines be stayed pending the filing of Plaintiff's motion for settlement approval, which Plaintiff anticipates filing on or before July 17, 2023.

| **AVERY LADD** | **WHIRLPOOL CORPORATION** |
|---|---|
| By: /s/ *Matthew S. Parmet*<br>One of Plaintiff's Attorneys | By: /s/ *Stephanie L. Sweitzer*<br>One of Its Attorneys |
| Michael N. Hanna<br>MORGAN & MORGAN, P.A.<br>2000 Town Ctr., Ste. 1900<br>Southfield, MI 48075<br>Tel: +1.313.739.1951<br>Fax: +1.313.739.1975<br>mhanna@forthepeople.com | Stephanie L. Sweitzer (P66376)<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive<br>Chicago, IL 60606<br>Tel: +1.312.324.1000<br>Fax: +1.312.324.1001<br>stephanie.sweitzer@morganlewis.com |
| Matthew Scott Parmet<br>PARMET PC<br>2 Greenway Plaza, Ste. 250<br>Houston, TX 77046<br>Tel: +1.713.999.5228<br>matt@parmet.law | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |