**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| AVERY LADD, individually and on behalf of all others similarly situated,<br><br>v.<br><br>WHIRLPOOL CORPORATION | Case No. 1:22-cv-00330-RJJ-PJG<br>FLSA Collective Action<br><br>Judge Robert J. Jonker<br><br>Magistrate Judge Phillip J. Green |

**LADD'S UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT**

Avery Ladd requests the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The settlement represents the culmination of Plaintiff's and Plaintiff's counsel's investigation, litigation, and negotiation. It completely resolves Plaintiff's, and the rest of the proposed collective's, claims at issue in this lawsuit. The settlement is fair and reasonable, and it will provide meaningful relief to Ladd and the similarly situated employees of Whirlpool who opt-into the Settlement, in light of the inherent risks of litigation and trial. Whirlpool has defended the claims in this lawsuit and continues to deny any wrongdoing, that it violated any federal or state wage-and-hour law, and that any damages are owed.

For these reasons, settlement of this matter is in the best interest of Ladd and the proposed collective members. The Court should approve the Parties' Settlement Agreement and dismiss Plaintiff's claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
 **Matthew S. Parmet**
 TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5228
matt@parmet.law

**Michael N. Hanna**
MI Bar # P81462
**MORGAN & MORGAN, P.A.**
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

**Attorneys for Plaintiffs**